ANDERSON et al. v. DWYER.

(Supreme Court, Appellate Term.   March 9, 1900.)

CONTRACTS—WHAT LAW GOVERNS—TIME.

The law in force at the time of an agreement governs the rights of the parties.

Appeal from city court of New York, general term.

Action by William S. Anderson and another against John Dwyer. From a judgment for defendant (61 N. Y. Supp. 1114), plaintiffs appeal.   Affirmed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

James Kearney, for appellants.

Charles De Hart Brower, for respondent.

PER CURIAM.   Plaintiffs were under no obligation to obtain the loan, and so it lay with them to determine the amount that should be paid for fees and disbursements, and thus, of necessity, the amount, within the limit of $450, of their own compensation.   Exhibit A is a mere authorization containing a statement of an agreement as to a payment if a loan should be obtained, and suggests a cover under which more might be sought than the statute permitted.   There is no merit in the point that, through an amendment made after the agreement, the limit of compensation fixed by the statute was removed.   The law in force at the time of the agreement governs the rights of the parties.   Isola v. Weber, 147 N. Y. 329, 41 N. E. 704;   Walker v. Walker, 155 N. Y. 77, 49 N. E. 663.

Judgment and order affirmed, with costs, and judgment rendered against the appellants upon the stipulation.